

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2021

No. 04-20-00326-CR

Leonard **CHARGUALAF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1243-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

In this *Anders* case, Appellant only recently received a copy of this court's April 5, 2021 order granting his last request for extension of time. He now requests additional time to submit his brief following his recent receipt of this court's last order.

Appellant's motion is GRANTED. Appellant's pro se response is due on July 25, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court